# Purswell & Purswell
Ergonomics & Safety Consulting
2035 Mulligan Drive
Colorado Springs, CO  80920-1603
719/592-1773
fax: 719/265-6905

December 12, 2016

Joseph M. Guillot
Christovich & Kearney, LLP
Pan American Life Center
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078


Re: *Wicker v. Electrolux Home Products, Inc.* (Electrolux)

Dear Mr. Guillot:

   In response to your request, I have reviewed the following materials related to this matter:

  1. Claim File (pages bates-stamped EHP - WICKER- 000723 through EHP - WICKER- 000739);
  2. Summons and Complaint;
  3. Electrolux's Answer;
  4. Photos and Site visit notes from Randy Bills made on 1/20/15;
  5. Video prepared by Carl King of the disassembly and interior cabinet cleaning of a Frigidaire-branded Electrolux electric dryer;
  6. Jefferson Parish Coroners Report;
  7. Jefferson Parish Sheriff's Report;
  8. Marrero Ragusa FD report;
  9. Jefferson Parish FD Arson Report;
 10. Dryer instructions bates-stamped EHP - WICKER - 000740 through EHP - WICKER – 000770;
 11. Dryer on-product warning label and Operator Checklist EHP-WICKER-000777-000778;
 12. Reports of the following persons:
        a. Michael Stoddard, dated 11/214/16;
        b. Troy Little, dated 11/14/16;
        c. Joseph Fallows and Sam Miller, dated 11/11/16;
        d. Christian Mulkey and Mervin Stringer, dated 11/7/16;
        e. Eric J. Boelhouwer, dated 11/14/16;
 13. Depositions with exhibits of the following individuals:
        a. Robert Wicker, taken 10/24/16;
        b. Calline Wicker, taken 11/30/16;
        c. Veronica Alexander, taken 9/20/16;
        d. Edward Wicker, taken 9/13/16;
        e. Pamela Stockman, taken 11/2/16;
        f. James Allison, taken 6/18/13 in the Roberts v. EHP matter;
        g. Brian Ripley, taken 3/14/13 in the Roberts v. EHP matter;

Letter to Guillot
Page 2 of 9
12/12/16

This matter involves a Frigidaire electric dryer manufactured by Electrolux. On 12/29/14, a fire occurred at the residence of Calline and Edward Wicker, Sr. of Marrero, Louisiana that apparently originated in the Frigidaire Dryer. According to the Complaint, the subject dryer had been purchased by the Wickers in October, 2002 from a store called Bon Marche and the dryer had been installed by a paid installer. Mrs. Wicker testified that she was unaware of the interior of the dryer cabinet ever being cleaned by an appliance repair person. The site inspection notes prepared by Randy Bills stated that the dryer had been vented with more than 20 coils of plastic venting.

William Keefe opined in his report that "it was reasonably foreseeable to Electrolux, at the time that this dyer was manufactured, that users would not have the interior of the dryer cleaned by a service technician every 18 months." According to the testimony of Calline Wicker, she did not know of the interior of the dryer cabinet being cleaned of lint from the time of its original purchase until the date of the fire, more than 12 years later.

Based on my review of the materials listed above, my education, experience, and research, I have the following opinions related to this matter to a reasonable degree of safety engineering and ergonomics certainty:

1. I agree with Mr. Keefe that it was foreseeable that users would not have the interior of the dryer cleaned by a service technician every 18 months. I do not agree that it was foreseeable that a dryer owner might go more than a decade without cleaning the interior of the dryer of lint, particularly when Electrolux specifically warns owners in the Owner's Guide that failing to perform the cleaning could result in excessive lint accumulation and fire.

2. Dr. Boelhouwer opined in his report that he considered the instruction to have qualified service personnel clean the interior of the dryer, the lint screen housing, and the exhaust duct approximately every 18 months to be "ambiguous," specifically in reference to "the interior of the dryer"; and a reasonable user might interpret the phrase to mean only the interior of the dryer drum that is visible upon opening the dryer door. I do not agree that a reasonable user could read this instruction, look at the dryer, and believe they had been instructed to have "a qualified service professional" come to their residence to clean the visible interior of the drum. Dr. Boelhouwer does not report any data from user testing with the dryer and the Owner's Guide that supports his contention. Of course, if Mr. or Mrs. Wicker had been unclear on what this instruction meant, they could have called the toll-free number on the dryer and received clarification.

3. While Dr. Boelhouwer is correct that the Frigidaire Owner's Guide does not specifically advise that lint can "accumulate" in areas behind the drum in areas not visible to the consumer, it does include the following statements in the third specific warning under the heading "Important Safety Instructions" and the subheading "Prevent Fire" on page 2 of the Owner's Guide:

> **⚠ WARNING** Clean the lint screen before or after each load. The interior of the dryer, lint screen housing and exhaust duct should be cleaned approximately every 18 months by qualified service personnel. An excessive amount of lint build-up in these areas could result in inefficient drying and possible fire. See Care and Cleaning, page 6.

On page 6, under the "Inside" section of "Care and Cleaning", the fourth bullet point reads:

> Every 18 months an authorized servicer should clean the dryer cabinet interior and exhaust duct. These areas can collect lint and dust over time. An excessive amount of lint build-up could result in inefficient drying and possible fire hazard.

4. Dr. Boelhouwer also opined that "This content does not address either the hazard for the lint to accumulate in areas not visible to the consumer or that partial disassembly of the dryer is required to remove the lint build-up from behind the drum." However, addressing these issues would necessarily lengthen the warning and increase its complexity, both factors which have been shown to have an adverse impact on users' willingness to read and ability to comprehend the message. Including these issues would only be of value if the consumer is expecting to attempt the cleaning him or herself. As the balance of the Owner's Guide makes clear, Electrolux is NOT attempting to provide training materials to instruct consumers in how to perform the cleaning themselves.

5. The Electrolux clothes dryer at issue in this case was not defective or unreasonably dangerous due to inadequate or ambiguous warnings. The warnings on the product itself and the safety information contained in the Installation Instructions and Owner's Guide were adequate for the safe installation, use, and maintenance of the Frigidaire Dryer, and complied with applicable standards. The hazard of a fire due to lint accumulation is specifically identified, and the installation characteristics which favor lint accumulation within the dryer are clearly stated. Finally, the maintenance interval necessary to control the hazard (~18 months) is clearly stated as well.

6. The Electrolux clothes dryer at issue in this case was not defective or unreasonably dangerous due to inadequate or ambiguous warnings. The Installation Instructions, Dryer Owner's Guide, and on-product labels were each concise and clearly written, with reading difficulty levels of 6.4 and 6.8 for the Installation Instructions and Owner's Guide respectively. The statements in the on-product labels had a reading level of 10.0. Thus, the language and grammar used in the instructions and warnings were written to be understood by persons without a high school diploma. The Installation

    Instructions and Owner's Guide could be read and comprehended by someone with a reading level less than high school.

7. The warnings on the dryer are quite conspicuous. As noted below, the on-product labels include a toll-free number to call with questions about the dryer.

8. The use of plastic/vinyl venting for the dryer was not in compliance with the Installation Instructions. The very first warning statement in the Installation Instructions is:

    ⚠ **Do not use plastic flexible duct to exhaust the dryer.**
    Excessive lint can build up inside exhaust system and create a fire hazard and restrict air flow. Restricted air flow will increase dryer times. If your present system is made up of plastic duct or metal foil duct, ***replace it*** with a rigid or flexible metal duct. ***Ensure the present duct is free of any lint prior to installing dryer duct.***  [Emphasis in original.]

    The use of the plastic/vinyl venting by the paid installer was a contributing factor to the accumulation of lint and the eventual fire in the Wicker residence.

9. In the Installation Instructions, the Owner's Guide, and the on-product labels, warnings and safety-related precautions were placed near the beginning of the documents and were adequate to instruct persons in the proper installation and maintenance of the dryer. In addition, hazard alert symbols and signal words were used to highlight the conspicuity of the warning messages. The positioning of these warning statements within the document, the use of the signal words and hazard alert symbols were also consistent with empirical findings from the warnings effectiveness literature.[1,2,3,4]

10. I have reviewed and considered a videotape depicting the partial disassembly and cleaning of an Electrolux dryer prepared by Carl King. This process is straightforward and can be performed by a competent appliance repair person who is able to disassemble and re-assemble the dryer. There is no special procedure required for cleaning lint from the dryer cabinet.

11. It is not typical practice within the appliance manufacturing business, or any other industry of which I am aware, for a manufacturer to place all maintenance instructions required for safe operation of the product directly on the product. To the extent that Plaintiffs' experts are arguing the subject dryer

---

[1] Human Factors Perspectives on Warnings, Volume I: Selections from Human Factors and Ergonomics Society Meetings 1980-1993  (1993)
[2] Human Factors Perspectives on Warnings, Volume 2: Selections from Human Factors and Ergonomics Society Proceedings 1994-2000 (2000)
[3] Warnings and Risk Communication (2005)
[4] Handbook of Warnings (2006)

     was defective because there was no instruction on the dryer to clean the interior of the cabinet every 18 months, I would disagree.

12. The warnings literature is clear that the recall of any particular on-product warning decreases as the number of warnings increases as well with the length of each individual warning.[5,6,7] Thus, Electrolux's decision to refer users of its dryer to the Owner's Guide for some of its maintenance procedures rather than include the information in an on-product label was reasonable and appropriate.

13. According to ANSI Z535.4 as well as other literature on warnings, an on-product warning should include an appropriate "signal word," printed in capital letters in a sans serif font such as the word WARNING used by Electrolux, a "safety alert symbol" (an exclamation point within a triangle), a border, statement identifying the hazard, as well as precautions to avoid the hazard. Section 6.5.2 of ANSI Z535.4-2011 specifically allows for "a sign to refer the user to the proper instruction manual." The warnings on the product and in the manuals for this dryer comply with these guidelines.

14. Like many other appliances, the Frigidaire-branded Electrolux electric dryer at issue in this case is an electromechanical device with a nonzero failure rate. Being aware of this fact, Electrolux included instructions and maintenance intervals to maximize the useful life of the dryer. While the subject dryer continued to function for approximately 8 times the specified maintenance interval without incident, the lack of maintenance apparently eventually did cause a failure. I would note that a "safety factor" of 8 is much more than is typically specified by manufacturers. Plaintiffs and their experts do not address the issue of what safety factor they believe is appropriate for appliances such as dryers, but it is my opinion that a safety factor of the dryer continuing to function without the specified maintenance for 8 times the manufacturer's specified maintenance interval is well above the standard of care.

**ELECTROLUX INSTRUCTIONS AND WARNINGS**

Electrolux supplies Installation Instructions, a Dryer's Owner's guide, Dryer Operating Instructions, a single sheet entitled "Follow This CheckList For Best Drying

---

[5] Chen, J., Gilson, R., and Mouloua, M. (1997) *Proceedings of the Human Factors and Ergonomics Society Annual Meeting*, vol. 41, 831-835.

[6] Rauschenberger, R., Sala, J., and Wood, C. (2015) Product warnings and the involuntary capture of attention. *Proceedings of the Human Factors and Ergonomics Society Annual Meeting*, vol. 59, 1423-1427.

[7] Frantz, J., Rhoades, T., S. Young, and Schiller, J. (1999) Potential Problems Associated with Overusing Warnings. *Proceedings of the Human Factors and Ergonomics Society Annual Meeting*, vol. 43, 916-920.

Letter to Guillot
Page 6 of 9
12/12/16


Performance" and on-product instructions and labels with the subject Dryer. These will each be described in turn.

**Installation Instructions**

The Installation Instructions supplied with the dryer are 9 pages long.  The section entitled "**EXHAUST SYSTEM REQUIREMENTS"** begins on page two. The second paragraph in this section begins with the hazard alert symbol (an exclamation point within a triangle), followed by the word WARNING in white print against a black background to make the message that follows more prominent. The next sentence is printed in boldface italics type and reads: "***The following are specific requirements for proper and safe operation of your dryer. Failure to follow these instructions can create excessive drying times and fire hazards.*** The statement is by the following five specific warnings, each with a hazard alert symbol before the warnings. The use of underlining, italics, and bold-faced type shown below appear in the installation instructions.

⚠ <u>Do not use plastic flexible duct to exhaust the dryer.  Excessive lint can build up inside exhaust system and create a fire hazard and restrict air flow. Restricted air flow will increase dryer times.</u> If your present system is made up of plastic duct or metal foil duct, replace it with a rigid or flexible metal duct. ***Ensure the present duct is free of any lint prior to installing dryer duct.***

⚠ <u>If the dryer is not exhausted outdoors, some fine lint will be expelled into the laundry area.</u> An accumulation of lint in any area of the home can create a health and fire hazard. ***The dryer exhaust system MUST be exhausted to the outside of the dwelling!***

⚠ <u>Do not allow combustible materials (for example: clothing, draperies/curtains, paper) to come in contact with exhaust system.</u> The dryer ***MUST NOT*** be exhausted into a chimney, a wall, a ceiling, or any concealed space of a building which can accumulate lint, resulting in a fire hazard.

⚠ <u>Exceeding the length of duct pipe or number of elbows allowed in the "***MAXIMUM LENGTH"*** charts can cause an accumulation of lint in the exhaust system.</u> Plugging the system could create a fire hazard, as well as increase drying times.

Letter to Guillot
Page 7 of 9
12/12/16

> ⚠ <u>Do not screen the exhaust ends of the vent system, nor use any screws or rivets to assemble the exhaust system.</u> Lint can become caught in the screen, on the screws or rivets, clogging the duct work and creating a fire hazard as well as increasing drying times. Use an approved vent hood to terminate the duct outdoors, and seal all joints with duct tape.  All male duct pipe fittings MUST be installed downstream with the flow of air.

Microsoft Word reports a readability level of 6.8 for this document.

**On Product Labels and Instructions**

There are three on-product WARNING labels that each relate to the installation of the dryer on the page bates-stamped EHP-Wicker 000770.  The first is a caution regarding the electric shock hazard associated with attempting to service the dryer before disconnecting the power. The second warning cautions against incorrect and dangerous wiring with the neutral.  The third on-product warning reads as follows:

> ⚠WARNING A clothes dryer produces combustible lint. Exhaust Outdoors. See Installation/Instruction manuals.

Another on-product warning label (EHP-WICKER-000777) warns users to clean the lint screen before each use and it also includes a warning about combustible lint, preventing the accumulation of lint around the exhaust opening and surrounding area, and exhausting the dryer outdoors.  The label also provides an 800 number for users to call:

> Have a question about your appliance?
> Call us toll-free:
> 1-800-944-9044.

Microsoft Word reports a readability level of 10.0 for these statements.

**The "Use and Care Guide"**

In the Owner's Guide supplied with the dryer (EHP-WICKER-000790), the page after the title page begins with "⚠WARNING For your safety, the information in this manual must be followed to minimize the risk of fire or explosion or to prevent property damage, personal injury or loss of life." Below this box, the Owner's Guide sets forth "Important Safety Instructions" that users are instructed to read before using the dryer. "⚠ Failure to comply with these warnings could result in serious personal injuries."   The six separate warning statements that follow all deal with precautions to avoid a fire, and all but the first two deal with avoiding the dangerous accumulation of lint. In order they are:

**Prevent Fire**

Letter to Guillot
Page 8 of 9
12/12/16

**⚠WARNING** Do not dry items that have been previously cleaned in, soaked in, or spotted with gasoline, cleaning solvents, kerosene, waxes, etc. Do not store these items on or near the dryer. These substances give off vapors that could ignite or explode.

**⚠WARNING** Do not dry articles containing rubber, plastic or similar materials such as bras, galoshes, bath mats, rugs, bibs, baby pants, plastic bags and pillows that may melt or burn. Some rubber materials, when heated, can under certain circumstances produce fire by spontaneous combustion.

**⚠WARNING** Clean the lint screen before or after each load. The interior of the dryer, lint screen housing and exhaust duct should be cleaned approximately every 18 months by qualified service personnel. An excessive amount of lint build-up in these areas could result in inefficient drying and possible fire. See *Care and Cleaning,* page 6.

**⚠WARNING** Do not operate the dryer if the lint screen is blocked, damaged or missing. Fire hazard, overheating and damage to fabrics can occur. If your dryer has a drying rack, always replace the lint screen when finished using the drying rack.

**⚠WARNING** Keep area around the exhaust opening and surrounding areas free from the accumulation of lint, dust and dirt.

**⚠WARNING** Do not obstruct the flow of ventilating air. Do not stack or place laundry or throw rugs against the front or back of the dryer.

The remaining three warnings in this section warn against placing combustible materials, or articles exposed to combustible materials, on or near the dryer. Finally, the bottom of this warnings page includes the following:

> ⚠Failure to comply with these warnings could result in fire, explosion, serious bodily harm and/or damage to the rubber or plastic parts of the dryer.

On page 5 of the Owner's Guide, there is a second table entitled "Common Drying Problems" in which five "occurrences" are listed, along with possible causes and solutions. Microsoft Word reports a reading level of 6.4 for the words used in the Owner's Guide.

The dryer is also supplied with a single sheet with the words "**OPERATING INSTRUCTIONS**" printed across the top of the page (EHP-WICKER-000748). In order to increase the likelihood that the user will notice and read this document, it is actually placed inside the dryer drum. The first paragraph under this heading begins "**Before operating your dryer**" and has the following statements:

**"Read your dryer Owner's Guide.** It has important safety and warranty information. It also has many suggestions for best drying results."

Letter to Guillot
Page 9 of 9
12/12/16

This statement is followed a warning statement (the word "WARNING" preceded by a hazard alert symbol) with the following text:

> **⚠ WARNING** To reduce the risk of fire, electric shock or injury to persons, read the IMPORTANT SAFETY INSTRUCTIONS in your dryer Owner's Guide before operating this appliance.

     A copy of my curriculum vitae is attached which lists my education, experience and research publications. I believe that the methods of analysis that I have used follow those commonly used in the areas of safety engineering and ergonomics. It is my understanding that discovery is ongoing. I reserve the right to supplement this report should further information that would affect my opinions become available.

Sincerely,

*J.P. Purswell*

J.P. Purswell, Ph.D., P.E., CPE