UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

CALLINE WICKER, EDWARD WICKER,    Case No. 2:16-CV-00004
JR., ROBERT WICKER, VERONICA
ALEXANDER, PAMELA STOCKMAN,
LORAINE JONES, AND STATE FARM
FIRE AND CASUALTY COMPANY,

     Plaintiffs,

vs.

ELECROLUX HOME PRODUCTS, INC.,

     Defendant.

_____

DEPOSITION OF J.P. PURSWELL

January 3, 2017

_____

J.P. Purswell
January 03, 2017                                                    7

```
 1              A.    Well, I omitted the title.  The -- you've
 2    got enough information there that you or Dr. Boelhouwer
 3    can go find the reference, but I did not include the
 4    title of the article in that particular reference.  It
 5    was a mistake on my part.
 6              Q.    Okay.  And what is that title?
 7              A.    "Perceived risk dilution with multiple
 8    warnings."
 9              Q.    All right.  And I guess I'm still trying
10    to determine if you had any materials as part of your
11    file materials in preparation of your report other than
12    those listed on page 1 and Footnotes 1 through 7?
13              A.    I also went and reviewed my own dryer
14    installation instructions and operating guide, and I have
15    a Whirlpool electric dryer in my residence.  I think
16    those are on documents which Rebecca has attempted to
17    provide to you.
18              Q.    All right.  I did, in fact, receive those
19    a moment ago; but they are not listed in your report,
20    correct?
21              A.    That is true.
22              Q.    Okay.  They're neither listed as reference
23    materials nor referenced directly or indirectly in the
24    body of the report?
25              A.    That is true.  Again, it's more
```

J.P. Purswell
January 03, 2017                                        9

1  familiar enough with how the guts of a ball hitch versus

2  a bulkhead look to be able to say, "Yes, it is definitely

3  a ball hitch" or "Yes, it's definitely a bulkhead."

4           Q.    Okay.  Other than your Whirlpool dryer and

5  the materials associated with it, are there any materials

6  that you have reviewed in connection with your retention

7  in the Wicker matter that are not identified in your

8  report?

9           A.    I believe there is one additional item,

10  and that is an article from the July 2010 Consumer

11  Reports magazine regarding the reliability of airflow

12  sensors and issues with the reliability with airflow

13  sensors.

14           Q.    Okay.  I missed the date.  July?

15           A.    July 2010.

16           Q.    And that was a CP -- CPSC-published

17  article?

18           A.    No.  It is not a CPSC article.  It is a

19  Consumer Reports article.  The testing --

20           Q.    I'm sorry?

21           A.    The independent testing agency which tests

22  cars and all sorts of things.

23           Q.    And, again, that's nowhere referenced

24  directly or indirectly in your report?

25           A.    I do not believe so.

J.P. Purswell
January 03, 2017                                    10

1              There have been other dryer cases in which

2     Mr. Stoddard has opined that some other sort of lint

3     airflow monitor should have been included; and my

4     reference for that particular one -- since he didn't make

5     that particular criticism that I recall in this

6     particular case, I didn't reference it specifically in

7     the report; but the 2010 article does show -- that is, a

8     2010 Consumer Reports evaluated airflow monitors for

9     dryers and found them to be too unreliable in terms of

10    their performance to be something that could be relied

11    upon for indicating when a dryer was -- dryer exhaust was

12    blocked or not.

13             Q.   Okay.  Have you received any information

14    either in connection with this assignment -- "this

15    assignment" being Wicker -- or any other prior

16    assignments or other assignments with Electrolux wherein

17    you had an opportunity to discuss exhaust or lint

18    monitors associated with dryer designs?

19             A.   I'm sorry.  I need that question one more

20    time.

21             Q.   There's no way I'm going to do that again.

22    I'll try again.

23             Either in connection with Wicker or any

24    other assignment with Electrolux, have you ever had an

25    opportunity to discuss any lint-monitoring or

J.P. Purswell
January 03, 2017                                        18

1     manuals or on the product itself?

2              A.   Well, you can see that I've done that in

3     the report in various places; and we can go through those

4     if you'd like.

5              Q.   So the answer would be yes?

6              A.   I believe that certainly some of the

7     opinions that I have included in the original report

8     dated December 12th of 2016 meet the characterization

9     you're asking about.

10             Q.   Okay.  The areas of expertise utilized for

11    your retention would be human factors and/or ergonomics;

12    is that accurate?

13             A.   Broadly speaking, that is correct.

14             Q.   Okay.  More narrowly speaking, what would

15    your scope of expertise be?

16             A.   To discuss the literature regarding

17    warnings' effectiveness and what is likely to make a

18    warning effective and what is unlikely to make a

19    difference with regard to warnings' effectiveness.  Also,

20    I would say some issues with task analysis in terms of

21    how ergonomics -- folks typically use task analysis to

22    understand product use by consumers.

23             Q.   Okay.  In layman's terms, what's the

24    difference between ergonomics and human factors?

25             A.   I don't have a difference in the way that

J.P. Purswell
January 03, 2017                                          31

1              Q.    Yes.

2              A.    There is actually a device called a lint

3     alert, I believe.  The -- the --

4              Q.    Does your Whirlpool dryer have a lint

5     alert?

6              A.    It does not.

7              Q.    Okay.  Are you aware that certain

8     Whirlpool dryers do have such a device?

9              A.    I think I have read that.

10             Q.    Getting back -- getting back to your

11    expertise to address any issue with the design component

12    of a dryer, other than reading a Consumer Reports

13    article, what have you done either through research or

14    testing or actual design to determine whether or not such

15    a device would be effective or not in association with

16    the dryer maintenance?

17             A.    Well, I've done no evaluation of that

18    myself.  I've relied upon the Consumer Reports article

19    from 2010 to say that at that particular point in time

20    the Consumer Reports testing agency went and evaluated

21    those lint alert sort of airflow monitors and found that

22    they were too unreliable.  I've done no independent

23    testing since that time myself.  And, of course --

24             Q.    And that's the total basis of your opinion

25    that they were unreliable?

1          A.   And, of course, 2010 was well after the

2     sale and manufacture of this particular dryer.  So I

3     presume if it wasn't --

4          Q.   But, again, reading a Consumer Reports

5     article was everything?  That's the total basis of your

6     opinion that at that time they would have been

7     unreliable?

8               MS. BIERNAT:  Object as to form.

9          A.   Yes.

10         Q.   (By Mr. Pipes) You're not a mechanical

11    engineer, are you?

12         A.   I had a variety of mechanical engineering

13    courses like statics, dynamics, and what the engineers

14    refer to deformables; but I am not a mechanical engineer.

15    I am a registered professional engineer.

16         Q.   Nor are you an electrical engineer?

17         A.   I am not an electrical engineer.

18         Q.   And you are not an expert in metallurgy or

19    material science, correct?

20         A.   That is true.

21         Q.   You have a professional engineering

22    accreditation, do you not?

23         A.   I do.

24         Q.   And what area is that in?

25         A.   The state from which I received the

J.P. Purswell
January 03, 2017                                    33

1    license, which is where I began the licensing process, is

2    Oklahoma; and Oklahoma does not license professional

3    engineers by a discipline.  They simply license them as a

4    professional engineer, and then they rely upon the

5    individuals who are licensed to basically restrict their

6    practice to the areas in which they have competence.

7                Q.   Have you ever been asked either by

8    Electrolux or any client to actually formulate an owner's

9    manual regarding the use and operation and maintenance of

10   a dryer?

11               A.   Not for a dryer.

12               Q.   What household appliances --

13               A.   Actually let me -- I'm sorry.  Go back.

14               Q.   I believe you were going to correct your

15   answer.  Go ahead.

16               A.   I have consulted with an appliance

17   manufacturer for a kitchen -- and I believe it was, like,

18   a stove combination range for Fisher & Paykel; but I have

19   not done one that I can recall for a dryer.

20               Q.   Okay.  Do you know if that company

21   utilized your work product as part of their owner's

22   manual or warnings section for that product?

23               A.   I have not gone out and purchased the

24   product after it was put into the stream of commerce to

25   verify whether or not the changes and recommendations I

J.P. Purswell
January 03, 2017                                          61

1    I don't have specific information as to when it was

2    purchased.  That would be in the deposition testimony and

3    I believe Calline Wicker was the only person who would

4    know that and she did not have that information.

5              Q.   Okay.  Is it significant to you whether

6    they purchased it in October of 2002 or June of 2003?

7              A.   Not especially.

8              Q.   Okay.  The last sentence of that

9    paragraph, you reference the fact that the dryer had been

10   vented with more than 20 coils of plastic venting.  Does

11   the 20 coils have any significance to you?

12             A.   That is just an indication of the venting

13   length on the transition duct.  I did not get a specific

14   distance from Mr. Bills as to how many feet that would

15   be, but my impression is that that's not in excess of the

16   installation instructions.

17             Q.   As we sit here today, do you have an

18   opinion as to how many feet 20 coils of plastic venting

19   would represent?

20             A.   I do not.

21             Q.   Okay.  So, as we sit here today, you don't

22   know if their plastic vent duct was 7 feet or 7 inches?

23             A.   My impression from Mr. Bills' report was

24   that it was within the installation and specifications

25   for the vent length, although, not the duct material.

J.P. Purswell
January 03, 2017                                                    62

1          Q.    Does the distance of the vent duct have

2     any significance to your warnings opinions?

3          A.    Well, certainly, of course, Electrolux

4     includes guidance in their installation instructions

5     regarding number of turns -- 90-degree turns and overall

6     vent length.  Again, it's my impression that the

7     installation at the Wickers' residence did not violate

8     the overall length of the duct; and I don't have

9     information that it violated the number of turns.

10         Q.    Have you assumed that it did not violate

11    the length or the number of turns requirement?

12         A.    I really have not made an assumption about

13    that one way or another.

14         Q.    I'll turn quickly to page 4, No. 8.  The

15    last sentence of paragraph 8 reads "The use of the

16    plastic/vinyl venting by the paid installer was a

17    contributing factor to the accumulation of lint and the

18    eventual fire in the Wicker residence."

19         A.    Yes.

20         Q.    What's the basis of your opinion?

21         A.    Well, generally my knowledge of the

22    relative fluid friction with venting -- plastic venting

23    versus metal venting.

24         Q.    So is there -- is that it?

25         A.    Yes.  A plastic vent will have more

J.P. Purswell
January 03, 2017                                    63

1    opportunities for lint to collect along the way.  And,

2    again, we've seen in this case that the dryer functioned

3    for like 11 years before it had a problem but -- so it

4    was not one which created an immediate problem or a

5    near-term problem, but it was a contributing factor

6    overall.  And, of course, the --

7            Q.    You don't have -- you don't have -- I'm

8    sorry.  You don't know the distance or the number of

9    turns of this particular vent?

10           A.    That's true.  But regardless --

11           Q.    And you've done no testing -- you've done

12   no testing to determine if any particular length or

13   number of turns of the plastic/vinyl do or do not

14   increase the accumulation of lint, correct?

15           MS. BIERNAT:  Object as to form.

16           A.    I don't believe it's necessary to do

17   testing with regard to comparing the plastic venting

18   versus metal duct venting to know that for the same

19   length of vent and the same number of turns, that the

20   plastic will accumulate more lint than the metal duct.

21           Q.    (By Mr. Pipes) Okay.  Accumulate it where?

22           A.    First of all, within the duct and then

23   later on as it backs up, within the dryer itself.

24           Q.    Okay.  So you have made a determination

25   yourself that there was an accumulation of lint in the

J.P. Purswell
January 03, 2017                                    64

1    vent duct in excess of that that would be ordinarily

2    associated with rigid or flexible metal duct?

3              A.   I believe that's true, yes.

4              Q.   All right.  Well, how did you make that

5    determination?

6              A.   By examination of the -- of the resistance

7    to flowing through a smooth metal duct versus a plastic

8    duct with the coils and the various differences in the

9    surface of the exterior of the coils.

10             Q.   So you have -- you have some product

11   information or testing information that provides that

12   information?

13             A.   I don't have specific product information.

14   That's a general opinion based upon my engineering

15   background and what I know about fluid flow through a

16   smooth area versus an area which has ridges in the -- in

17   the vent.

18             Q.   And it would first accumulate in the duct

19   if it were -- in the duct itself if it were going to

20   accumulate, correct?

21             MS. BIERNAT:  Object as to form.

22             A.   If it were going to clog all the way, that

23   would be true.  I would expect that it would retard the

24   venting -- the flow of air from the dryer to the exterior

25   simply by having the ridges in the duct.  And, you know,

J.P. Purswell
January 03, 2017                                        65

1    across three months or three years it's probably not

2    going to make a difference; but across 11 years, as we

3    have in this case, it may well be the determining factor

4    between whether or not one gets a lint accumulation which

5    catches fire or not.

6              Q.    (By Mr. Pipes) And what if Mr. Wicker

7    cleaned that duct once a month, that wouldn't change your

8    opinion?

9              MS. BIERNAT:   Object as to form.

10             A.    The duct and the ridges in the duct will

11   still retard the flow of the air from the dryer to the

12   exterior.  To the extent that I understand, Mrs. Wicker

13   had testified that he cleaned it twice a year, I believe.

14   That would improve the situation but not --

15             Q.    (By Mr. Pipes) That's incorrect.

16             A.    Okay.  Well, however frequently she said

17   he cleaned it, that would improve the fluid flow from the

18   dryer to the exterior; but that's -- it would not fix it

19   entirely.

20             Q.    Well, how -- how often does Electrolux

21   suggest or recommend that you clean the exhaust duct?

22             A.    They recommend using rigid metal duct or

23   flexible metal duct, and they do that -- they recommend

24   doing that every 18 months; and they also, of course,

25   recommend cleaning the interior of the dryer cabinet at

J.P. Purswell
January 03, 2017                                    66

1    the same time.

2           Q.    So you believe if Mr. Wicker cleaned the

3    plastic/vinyl duct, regardless of the length, once a

4    month, it would still accumulate -- result in an

5    accumulation of lint in excess of that used by a flexible

6    duct -- metal duct no matter how long if it were cleaned

7    every 18 months?

8           MS. BIERNAT:   Object to form.

9           A.    Again, if we're starting from zero lint

10   after the cleaning, I don't think it's going to make a

11   difference; but because the testimony indicates in this

12   case that there -- that the lint accumulated across at

13   least a decade of use with never cleaning out the

14   interior of the dryer cabinet, I could say that it's --

15   you know, I'm having a hard time putting a number on it;

16   but it's certainly something that I would be concerned

17   with.

18          Q.    (By Mr. Pipes) You can't put a number on

19   it, can you?

20          A.    I'm not able to put a specific number on

21   it, no.

22          Q.    Okay.  And my question is if a plastic

23   vent were used and it were cleaned once a month

24   thoroughly and religiously, you don't have any data to

25   reflect that that would result in more accumulation of

J.P. Purswell
January 03, 2017                                67

1    lint over time than someone who used a rigid or flexible

2    metal duct and cleaned it every 18 months, do you?

3              MS. BIERNAT:  Object as to form.

4         A.   I would say no; but I would just say that

5    if we're doing the interior of the cabinet cleaning at

6    the same time we're doing the duct cleaning, then I think

7    either one is fine.  I mean, I think that the use --

8         Q.   (By Mr. Pipes) That's not my question.

9    That's not my question.

10        A.   I understand you don't like the way I'm

11   phrasing my answer but that is my answer and saying that

12   if you clean the interior of the cabinet at the same time

13   you clean the duct, at least every 18 months, I think

14   it's fine to use plastic or it's fine to use vinyl and

15   you can do that and it won't be a problem.

16        Q.   Okay.  Now, I want you to listen to my

17   question, and I want to make sure I get an answer to my

18   question.  I want to know if you have any basis for an

19   opinion as to whether or not a short piece of vinyl duct

20   cleaned monthly would result in more lint accumulation in

21   the duct or anywhere else in the dryer than, let's say, a

22   4-foot piece of rigid or flexible metal duct that's only

23   cleaned every 18 months?

24        A.   And our dependent measure in --

25              MS. BIERNAT:  Object as to form.

1          Sorry.  Go ahead.

2          A.    And our dependent measure in the case is

3    the amount of lint accumulating within the dryer cabinet

4    itself?

5          Q.    (By Mr. Pipes) I'm sorry.

6          MR. PIPES:  Madam Court Reporter, can you

7    read my question back?

8          (The testimony was read back by the reporter.)

9          A.    And I would say that that would be a test

10   that you'd have to perform empirically, and you'd have to

11   look at the rates of accumulation across time.  And,

12   again, I would just say that the appropriate --

13   appropriate precaution while you're cleaning the duct is

14   also to have the interior of the cabinet cleaned.  I

15   don't have another --

16         Q.    (By Mr. Pipes) I understand that.  But

17   since you haven't run those tests, you can't say in this

18   particular case whether the cleaning performed on the

19   Wickers' vinyl duct resulted in an accumulation greater

20   than if they had used rigid, flexible metal -- rigid or

21   flexible metal duct and only cleaned it every 18 months?

22         A.    I believe that's true.  I would just say

23   that I also am relying upon the testing and experience

24   that I assume Electrolux did with respect to their

25   cleaning intervals for the duct and for the interior of

J.P. Purswell
January 03, 2017                                      69

1   the cabinet.  At some point --

2            Q.    That is an -- that is an assumption then.

3   You don't have any data provided by Electrolux or anyone

4   else that suggests how 18 months was -- was derived,

5   correct?

6            MS. BIERNAT:  Object as to form.

7            A.    I -- the reason I'm saying 18-month

8   cleaning is I understand in various other literature

9   Electrolux has given that interval as a year to do the

10  cleaning.  In this case they've specified 18 months.

11  Again, I'm aware that it's a nontrivial deal to have

12  somebody come out and do the cleaning of the interior

13  cabinet and also the duct.  And so they don't specify you

14  do it every week, but they specify in an interval that

15  should be adequate for preventing a fire if you do the

16  duct cleaning and the interior of the cabinet cleaning.

17           Q.    (By Mr. Pipes) I understand your answer,

18  but my question is do you have any information provided

19  by Electrolux or anyone else that suggests how the

20  18-month time interval was derived?

21           MS. BIERNAT:  Object as to form.

22           A.    I am aware that -- I haven't seen testing

23  from them.  I assume -- again, based upon the cases I've

24  been involved with with Electrolux, I've not seen a dryer

25  which was cleaned within the last 18 months and then had

J.P. Purswell
January 03, 2017                                    70

1   a dryer fire sometime in the next 18 months or sometime

2   before the next cleaning.  So I assume that the --

3              Q.    (By Mr. Pipes) So you have -- you have

4   assumed that they did some testing?

5              A.    I assume that they specified a brief

6   enough interval for the duct and interior of the cabinet

7   cleaning so that they did not have dangerous

8   accumulations of lint, and I have seen no cases with

9   Electrolux dryers where they had a lint accumulation fire

10  within 18 months of the last cleaning.

11             Q.    Okay.  The second part of your -- of your

12  opinion under paragraph 8 of page 4 states "and the

13  eventual fire in the Wicker residence."  What is the

14  basis of your opinion that the use of the plastic vent

15  resulted in this particular fire?

16             A.    Again, the plastic venting as compared to

17  a smooth metal interior will have a somewhat higher

18  coefficient of friction and result in somewhat more lint

19  falling out in the vent and also within the dryer cabinet

20  itself.  It will be highly dependent upon the particular

21  installation and the particular dryer.  So it's not

22  something that I can reproduce here in 2017 and say this

23  is exactly representative of what was in the Wicker

24  residence; but it is a general engineering principle that

25  the more resistance to flow that you have along the sides

J.P. Purswell
January 03, 2017                                    71

1   of a tube, the greater the likelihood is that things

2   contained in the fluid will drop out of the fluid.  And I

3   use "fluid" in that sense --

4           Q.   All right.  And that answer -- that answer

5   references the accumulation of lint; but you don't know

6   that the lint that was actually ignited in this

7   particular Wicker matter, you don't know when it was

8   created or where it was first ignited, do you?

9           A.   We can ballpark it as saying between the

10  installation and the fire; but beyond that, I'm not sure

11  that I can be more specific.

12          Q.   Okay.  Do you have an opinion as to

13  whether or not an Electrolux ball-hitch dryer can have a

14  lint fire with -- even if the 18-month cleaning interval

15  is performed?

16          MS. BIERNAT:  Object as to form.

17          A.   With a bad enough installation, that's

18  probably possible.  I have not -- I'm not aware of it.

19          Q.   (By Mr. Pipes) Do you have an opinion as

20  to whether or not an Electrolux ball-hitch dryer properly

21  installed can have a lint fire even with the 18-month

22  cleaning complied with?

23          MS. BIERNAT:  Object as to form.

24          A.   If the dryer is installed within the

25  installation instruction guidelines provided with the

J.P. Purswell
January 03, 2017                                    72

1   dryer and if the dryer is cleaned -- the cabinet and the

2   venting is cleaned at least every 18 months, then I do

3   not believe a dryer fire due to lint accumulation is

4   likely or possible.

5           Q.   (By Mr. Pipes) Okay.  And what's the basis

6   of that opinion?

7           A.   My review of the Electrolux instructions

8   and warnings and also the -- my familiarity with the

9   cases in which I've been involved with so far with

10  Electrolux.  I have not seen a matter in which an

11  Electrolux dryer had a fire due to lint accumulation that

12  had a dryer cleaning within the previous at least four or

13  five years.

14          Q.   And you've been involved in five to ten?

15          A.   Yes.

16          Q.   Can you tell me how many lint fires --

17  dryer fires have been at least alleged to have occurred

18  in -- or started in an Electrolux dryer within the last

19  ten years?

20          A.   I don't have an exact number on that.  I'm

21  aware that it's not a small number.

22          Q.   Would you agree with me that the shorter

23  the duct vent, the less likely it is to have friction or

24  create an accumulation of lint?

25          MS. BIERNAT:  Object as to form.

1          A.    I'd say 36 would be sort of the limit as

2    to how long I would want to say you could safely go

3    without cleaning it; but I would say double the time

4    frame that they've got there, you could probably still be

5    safe.

6          Q.    At 36 months?

7          A.    At 36 months.

8          Q.    Okay.  And that's based on an assumption

9    that Electrolux performed some testing or research and

10   actually came up with 18 months and applied a safety

11   factor, correct?

12               MS. BIERNAT:  Object as to form.

13         A.    I imagine that they had experience from

14   previous ball-hitch dryers.  They looked at the rate of

15   fires at various intervals and specified a cleaning

16   interval based upon what they had their experience with.

17   So I don't expect that they did testing --

18         Q.    (By Mr. Pipes) All right.  And you --

19         A.    I don't expect that they did testing with

20   the Alliance dryer platform and determined that 18 months

21   was the rate -- the duration in which you had a dangerous

22   accumulation of lint.  I expect that they had previous

23   experience with other dryers that they used as a

24   guideline, but I don't know that.

25         Q.    Okay.  That's total assumption on your

J.P. Purswell
January 03, 2017                                                   81

1    part, correct?

2              MS. BIERNAT:  Object as to form.

3         A.   Well, again, I -- I don't have any data to

4    suggest that dryer fires happen within three years if the

5    installation was substantially in accordance with the

6    installation instructions.

7         Q.   (By Mr. Pipes) Okay.  When drafting

8    warnings or instructions, from a human factors

9    standpoint, when do you use the word "or" versus "and"?

10   Do they have special meanings, or do you use those

11   interchangeably?

12             MS. BIERNAT:  Object as to form.

13        A.   You'd have to give me the context.  I'm

14   not able to specify a difference in "and" and "or"

15   generally.

16        Q.   (By Mr. Pipes) All right.  Well, let me

17   ask you this:  Generally when one uses the word "or,"

18   doesn't it mean that one or the other will occur?

19             MS. BIERNAT:  Object as to form.

20        A.   If it's an eventuality that's being

21   specified, I would say yes.

22        Q.   (By Mr. Pipes) Okay.  And, in general, we

23   use the word "and" when both things will occur or take

24   place, correct?

25        A.   That's true.

J.P. Purswell
January 03, 2017                                          117

1   would say there are some slight variations between the

2   specifications for Z535.4 and the color codes that were

3   recommended at the time.  The ANSI specifies a variety of

4   colors which, of course, makes it more difficult to print

5   that sort of stuff and have it on a dryer; and so there

6   would be some deviations from color in terms of the

7   warnings that were included on the dryer.

8            Q.    What's the difference in your definition

9   of slight variation from noncompliant?

10           A.    I would say a noncompliant one would be

11  one which lacked a signal word or lacked a hazard alert

12  symbol or had something like that missing.  If you are

13  simply printing it in black and white as opposed to full

14  color which can fade under typical use conditions, then I

15  would say that's a slight variation.

16           Q.    Okay.  Same page, 3, paragraph 6, you

17  refer to the reading level; and I believe you're

18  referring to a Microsoft Word app; is that correct?

19           A.    Well, it's not an application.  It's a --

20  on their grammar checker, you can select for having the

21  Flesch-Kincaid reading difficulty calculated by Microsoft

22  Word for the document; and that's what those numbers

23  refer to.  So it's a reading difficult --

24           Q.    Is it standard in the warnings industry to

25  determine the adequacy of a warning based on the reading

1  level assigned by that particular program?

2              MS. BIERNAT:  Object as to form.

3       A.   I have not seen it references particularly

4  Microsoft Word, but the Flesch-Kincaid reading level that

5  I specified in the -- in that opinion was one.  The

6  Flesch-Kincaid is a standard measure of reading

7  difficulty, and that's the one that Microsoft Word uses.

8       Q.   (By Mr. Pipes) Would you agree with me

9  that that particular test and the test from which it is

10 derived do not determine how well the intended message is

11 conveyed but simply determine how easily it is to read?

12             MS. BIERNAT:  Object as to form.

13      A.   That's the -- that's the intent of a

14 Flesch-Kincaid reading level, yes.  It's a -- it's a

15 measure of the difficulty of reading the content, and it

16 doesn't go to other factors.  It goes to what is the

17 expected level of -- someone would have to have in order

18 to be able to read and comprehend the instructions.

19      Q.   (By Mr. Pipes) Okay.  Well, you're now

20 using the word "comprehend" but it's comprehending what

21 you write but the score itself doesn't have any

22 indication of whether or not you're conveying the message

23 that's intended?

24      A.   I think that would be an additional

25 wrinkle that that does not address, yes.  And so it is a

1    measure of "Can the person, say, with a 10th grade

2    education, read this document and comprehend what it

3    says?"  And then there's, of course, variations between

4    different folks for -- between reading levels, but a 10th

5    grade reading level is a standardized measure by the

6    Flesch-Kincaid assessments.

7             Q.    And those assessments simply are the

8    formula -- looks at the total number of words, the total

9    number of sentences, and the total syllables used in

10   the -- in the document or writing, correct?

11            A.    I believe that's a correct indication of

12   how the Flesch-Kincaid number is calculated, yes.  So

13   longer words, longer sentences --

14            Q.    You would agree with me -- okay.  Have you

15   made any determination or inquiry as to why the laundry

16   center ball-hitch dryers are provided the on-label or

17   on-product warning regarding the 18-month cleaning but,

18   yet, the standalone 27-inch residential dryers do not?

19            A.    I'm not aware of why Electrolux included

20   the 18-month cleaning on the laundry center and why they

21   did not include it on the standalone dryers.

22            Q.    Have you inquired?

23            A.    I have -- I'm not sure who I would inquire

24   of.  I've mentioned that to counsel once or twice and

25   we've discussed it but we've had no ability to discuss it

1    aware of any dryer fires that have occurred with

2    Electrolux dryers -- correctly installed and vented

3    dryers within 18 months.  I believe that that is a

4    conservative specification of how long one can go between

5    cleanings and, as I said, I think you would probably be

6    fine to go three years if you have a correctly installed

7    one but, of course, Electrolux is trying to be

8    conservative in the duration that they're specifying

9    between cleanings.

10         Q.   (By Mr. Pipes) Okay.  But you don't have

11   any testing or basis for that opinion?  You're just

12   assuming that, one, they picked a reasonable time frame

13   and then applied a margin of safety to it, perhaps

14   doubled it from 18 to 36?

15         A.   Well, I have the absence of any cases that

16   I'm aware of where somebody had a fire within 18 months

17   of a previous cleaning with a correctly installed and

18   vented dryer.  So that's the basis for that opinion.

19         Q.   Okay.  Have you worked on a dryer fire

20   that was cleaned -- had an 18-month cleaning?

21         A.   I don't think that any of the cases that

22   I've been involved in have had instances where the dryer

23   was ever cleaned.

24         Q.   Okay.  And what opportunity did you have

25   to inspect a dryer that had undergone an 18-month

1    cleaning?

2              A.    Well, I had the videotape obviously of

3    the -- by Carl King and what the dryer looked like before

4    and after.

5              Q.    And how long had that particular dryer

6    been used?

7              A.    I believe Carl said something on the video

8    about it, but I don't recall the duration between the

9    time of the last cleaning and the time that he was

10   performing the cleaning.

11             Q.    Nor do you know if it was perhaps the

12   first cleaning?

13             A.    I would not be surprised if it were the

14   first cleaning simply because Carl King along with a

15   number of other Electrolux employees had Electrolux

16   dryers in their residences as part of the CUFT testing,

17   and I would be -- I think it would probably be fairly

18   probable that it's the first cleaning.

19             Q.    All right.  Do you have documents in your

20   possession that you just referenced as CUFT testing?

21             A.    Do I have -- I believe all that has been

22   in testimony.  I don't think I've seen any hard copy

23   observations of Electrolux employees after having the

24   dryers in their residences.  I mean, they've done the

25   testing; and then they go out after a certain period of

J.P. Purswell
January 03, 2017                                        128

1  time and look at the dryers and look at how the

2  accumulation of lint is in the dryers.  I don't think --

3           Q.   Is that C-U-F-T?

4           A.   C-U-F-T.

5           Q.   And what is that an acronym for?

6           A.   That's a good question, and I don't recall

7  without going and looking.

8           Q.   Okay.  And you don't know the origin of

9  the dryer that was used in the video by Carl King?

10          A.   I mean, it was an Electrolux dryer.  I

11 don't recall if it was gas or electric, but it was a --

12 and what brand it was, but it was an Electrolux dryer.

13          Q.   All right.  But you don't know -- you

14 don't know who had owned it or for how long or how many

15 cycles it had been used?

16          A.   I do not know those details.  I just know

17 that it was a dryer, I believe -- I have an impression

18 that it was a new dryer when Carl got it, and he was

19 performing a cleaning sometime after it had been in use.

20 I don't know if it had been exactly 18 months or somewhat

21 longer or somewhat shorter, but that's what I'm aware of.

22          Q.   Okay.  Dr. Purswell, are you aware of any

23 literature or testing that indicates the -- the

24 effectiveness of a warning that is read at one point in

25 time and then actually to be performed at a later point

J.P. Purswell
January 03, 2017                                    138

1            Q.    (By Mr. Pipes) Wouldn't you agree those

2     deal with use of the dryer and not -- not the design of

3     the dryer?

4            A.    Well, I would include the instructions and

5     warnings in the design of the dryer.  I think that's -- I

6     don't think you can separate out those two; and clearly

7     if you are following the instructions and warnings in the

8     installation instructions as well as in the owner's guide

9     with regard to how to operate it, then you are going to

10    be having less frequent -- or less lint accumulation

11    across time.

12                  Again, in this case we have a safety

13    factor of, it looks like, eight over the time frame from

14    when the dryer required service, according to Electrolux;

15    and, again, that's very generous in my estimation.

16    Again, on background, I am not familiar with any dryer

17    fires that occurred within an 18-month cleaning from the

18    previous cleaning if the dryer is installed reasonably

19    within compliance with the installation instructions, and

20    the dryer lint cleaning is done as directed in the

21    owner's guide.

22            Q.    Okay.  And you have been personally

23    involved in five to ten Electrolux ball-hitch dryers, and

24    you would agree with me that hundreds have occurred?

25            A.    That's true.  Or I agree that I've been

1  involved in five to ten.  I don't know how many fires

2  have occurred, but I would not be surprised if it were

3  hundreds.

4             Q.   On page 6 of the installation

5  instructions, let me give you -- hopefully I can give you

6  a number here.  I believe it's going to be Bates-stamped

7  755.  No, that's not it.  What is this?

8             THE COURT REPORTER:  Mr. Pipes, can we

9  take a break soon if you're not going to be finishing up

10  soon?

11             MR. PIPES:  Well, yeah, let's take a break

12  because I am almost finished; but I want to review some

13  notes real quick.

14             THE COURT REPORTER:  Thank you.

15             (Recess taken from 4:34 p.m. to 4:37 p.m.)

16             Q.   (By Mr. Pipes) On page 3 of the

17  installation guide which is Bates-stamped 752.

18             A.   Yes, I've got it.

19             Q.   Have you -- have you reviewed that page 3

20  in connection with your opinions?

21             A.   I'm generally familiar with this on

22  background.  I don't know that I looked at this

23  particular page in preparing my report.

24             Q.   Okay.  I'm looking at the left-hand side.

25  It has a chart at the upper left regarding the maximum

J.P. Purswell
January 03, 2017                                           141

```
1    believe the reason it's not described in the charts is
2    because it's specifically prohibited on the preceding
3    page.
4              Q.    (By Mr. Pipes) There's no chart on the
5    preceding page, is there?
6              A.    There's no chart, but there is a -- the
7    second instruction under the heading -- and I'll give you
8    the heading again --
9              Q.    That's okay.  You've answered my question.
10             Did you perform any test to determine if
11   the plastic/vinyl duct in the Wicker application passed
12   the exhaust system testing provided on page 3 in Nos. 1
13   through 4?
14             MS. BIERNAT:  Object as to form.
15             A.    I did -- I did not go to Louisiana and
16   perform a testing of their particular dryer
17   configuration.  My understanding is the residence was
18   demolished by the time I was retained in the matter.
19             Q.    (By Mr. Pipes) Are you aware if anyone
20   attempted to determine if the Wicker plastic duct would
21   pass the back pressure test identified on page 3?
22             MS. BIERNAT:  Object as to form.
23             A.    I would have expected that to be described
24   in the plaintiffs' experts' reports, and I did not
25   observe that.
```

J.P. Purswell
January 03, 2017                                    142

1            Q.    (By Mr. Pipes) Okay.  If, in fact, the

2    plastic duct described -- or I'm sorry -- the plastic

3    duct utilized by the Wickers with their dryer passed the

4    back pressure test as described on page 3, would that not

5    change any of your opinions as to whether or not the use

6    of the vinyl duct, one, led to the accumulation of

7    additional lint and/or, two, that it played a role -- a

8    causal role in causing the fire?

9            MS. BIERNAT:  Object as to form.

10           A.    Clearly it did not result in a fire very

11   quickly because the dryer was used for more than a decade

12   even with the plastic venting.  So it wasn't going to

13   cause a problem immediately, but I do think across the

14   period of time -- and, you know, it may have been an

15   extra six months they would have gotten with the metal

16   duct or it may have been an extra couple of years they

17   would have gotten with the metal duct but I believe that

18   their practice of just disregarding the instruction to

19   clean the interior of the cabinet would have been a

20   problem which resulted in a problem at some point.

21           Q.    (By Mr. Pipes) Well, if I understand you

22   properly then, that once you exceed the -- the window of

23   opportunity to clean the cabinet properly, then the use

24   of rigid or flexible metal duct would not play an

25   additional role in causing the fire?

```
 1               CERTIFICATE OF DEPOSITION OFFICER

 2    STATE OF COLORADO              )

 3    CITY AND COUNTY OF DENVER      )

 4               I, Jessica R. Benson, a Certified Shorthand

 5    Reporter within and for the State of Texas and Notary

 6    Public within and for the State of Colorado, commissioned

 7    to administer oaths, do hereby certify that previous to

 8    the commencement of the examination, the witness was duly

 9    sworn by me to testify the truth in relation to matters

10    in controversy between the said parties; that the said

11    deposition was taken in stenotype by me at the time and

12    place aforesaid and was thereafter reduced to typewritten

13    form by me; and that the foregoing is a true and correct

14    transcript of my stenotype notes thereof.

15               That I am not an attorney nor counsel nor in

16    any way connected with any attorney or counsel for any of

17    the parties to said action nor otherwise interested in

18    the outcomes of this action.

19               My commission expires:  February 22, 2020.

20

21

22    _____
      Jessica R. Benson
23    Certified Shorthand Reporter - TX
      Notary Public, State of Colorado
24

25
```